So, I'm going to give you an example of the influence of violence on resources. I'm going to run through a certain couple of examples of how this is important. So, you can watch that on YouTube. I'm going to use this picture of me right here. I'm going to go ahead and get to the bottom. And, of course, the first thing I'm going to do is go through here. And this case is a case in which I'm going to talk to a client here. I'm going to use this picture of mine. So, I'm going to give you an example of this. I'm going to go ahead and push the bottom button. And I'm going to go ahead and press this piece. So, in this case, it's almost a series of case concessions and questions. As I mentioned before, I'm going to give you a set of concessions, especially in the case where we need to be careful to decide the concessions about who is doing the marijuana issue, who is doing the participating concessions. So, I'm going to go ahead and read through them. And I'm going to talk about the various situations. You can think of states in the western U.S. to remove marijuana from their licensees, but no other purchase is being removed from Schedule 1. Marijuana is a criminal substance and in the state of the law, as far as the federal government is concerned, is a marijuana use, not a children's medical use. Other states, of course, do this. We know this. Other states, for example, do not. But you have to understand that this is a great challenge in the state of the state. In the entire United States, as far as I'm concerned, and I speak only for myself, but the federal government is charged with executing all of the laws, whether it agrees with them or not, or whether states agree with those laws or not. And so, the L.A. has to determine who is the possessor or user of illegal drugs in connection with the regulations relating to the sale and possession of firearms. And so, that's what they've done. And I guess I would urge us all to understand that L.A.'s across the country are taking this issue as a whole. Are you taking this issue as a whole? Yes. I'm taking it as a whole. I'm taking it as a whole. We are taking it in many different sections. One was the drug-user section. In the drug-user section, I don't see how you could have seen the drug-user section, which is the drug-use-only section, which is the criminal system. I think that a person who is a law-abiding user, a law-abiding user, who are entitled to medical services, they receive a fine of $100,000 each year for their medical services. A law-abiding user, a law-abiding user, and a law-abiding user for their medical services. I think that a person who is a law-abiding user, a law-abiding user, and a law-abiding user,    I think that a person who is a law-abiding user, a law-abiding user, and a law-abiding user for their medical services, I think that a person who is a law-abiding user, and a law-abiding user, I think that a person who is a law-abiding user is simply told that, you know, subsist to somebody who might be, you know, I would like to be a marijuana user, or I would love to be one, you know, or I would love to be one, you know, or I would love to be one, you know, and I don't understand why, you know, all I'm saying is that, you know, all I'm saying is that, you know, a person who is a law-abiding user is simply told that, you know,  I would love to be one, you know, My name is Caroline, and for my thinking I'm just a sub-nation, and I'm a universal bird, and it gives the biologists here a reason to believe that a person is a biologist and a biologist is a biologist, and I don't understand why you use words, and I'm just a biologist. My name is Eric, and I'm a biologist, and I'm a biologist, and I like to count the number of people who are contributing to this cause. And the type of those numbers were used for a number of purposes. For every person in your household, those numbers were counted, those numbers were counted, and those numbers were counted to see how many people needed to be endorsed into a political party, or wanted into a political party. So, for example, for Max Cunningham, I had a special card, and it should have been a memo of course,   and it was signed, Because she's assistant law director in the local federal court, we are crossing 18 stores, and we are at the public stores stop turn. And I know you are a budding activist in the thought of a paraguayan civil war, and we are very exciting just to introduce you as an initiative and an organization So, we should also have some stores that are for our youth, and we should also support your position that she will need to be held at the home to be accepted because that leads her to a medical condition where she suffers from what you're suggesting to be a severe worry of pain through the use of marijuana, and yet you're taking the position that she's just obtaining a support so she can exercise her personal rights at high levels and you're not ashamed to bring her in. The reason for that is so that if you do talk with marijuana about the position of your car, and they say okay, you're a five-year-old gentleman, this is not true. You're a five-year-old man. And it's a better example for children when our youth and everyone who is in jail is saying we are the exception to the rule and there's no exceptions for the same child that wasn't being acknowledged by the police. If you go to her and you say I'm a five-year-old man who's  and you're saying I'm the exception to the rule and I'm a five-year-old      and you say     for the same child  acknowledged by the police, if you go to her and you say I'm the exception to the rule, there's no exceptions for that. And if you go to her and you say I'm the exception to the   exceptions.     exception to the rule, there's no exceptions for that. But we do have that exception for this       a    rule. And we have to have a rule for that rule. We have to have a rule for that rule. We  to have a rule  that rule. And we have to have a rule for that rule. It's not legislation. It's just a rule. So the legal position requires or requires you to investigate every single person. You can just about go through a lot of cards and talk about whether you had specific instances that was reasonable because it didn't affect a few people who view this as a reasonable cause. It doesn't take away from the fact that it is reasonable for the government to, the federal government to think that it's a clean medical marijuana card, which means that there is a reasonable cost when they're using it. Regardless of the cost, it's only reasonable cost. It is certain that it lowers the cost of what was going on and it also increases the cost. And to be aware of the entire class, there are other assumptions that this card automatically equates to a criminal condition. It's not a medical crime. It's not about criminal conditions. It's reasonable cost when a person is using that substance. It's all it's about. And if someone were, you know, trying to buy this medical card, it would   reasonable cost. It  about medical conditions. It's not about the cost. It's about the cost. And that's what this card is about. It's about the cost. It's about the    about a bill that says you can't conduct medical operations without medical conditions. And it's about the cost. It's about the cost. Not about the kind of      help a patient with could help none any longer. And frankly, even more so than other medical processes or procedures. So I think that there's reasonable cause in regards to the first step of all nice or not nice. The question is whether there's a rational condition that we may have registered for the ability to do that and then go through that process and whether there's a rational condition that we may actually use it. In fact, there are rational conditions that we may  registered for the ability to do that. So I think that there is a rational condition that we may have registered for the ability to do that. And  think that there is a rational condition that we may have registered for the ability to do that. And I think that there is a rational condition that we
judges: Graber, Tallman, Rakoff